```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AISHIA HOWARD,                    :    CIVIL ACTION
                                  :    No. 15-4462
        Plaintiff,                :
                                  :
    v.                            :
                                  :
PHILADELPHIA HOUSING AUTHORITY,   :
                                  :
        Defendant.                :
```

### O R D E R

**AND NOW,** this **18th** day of **July, 2016,** upon consideration of Plaintiff's Motion for Approval of the FLSA Settlement (ECF No. 16), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part without prejudice.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**

---

[1] As explained in the accompanying memorandum, the Court will not approve the overbroad release provisions, because they are neither fair nor reasonable in light of the FLSA's purpose and the Court's approval role. In all other respects, the Court finds that the proposed settlement agreement reflects a fair and reasonable compromise of a bona fide dispute and does not otherwise impermissibly frustrate the implementation of the FLSA in the workplace. Counsel will be permitted to file an amended settlement agreement for judicial review.