# Exhibit B

# AMENDMENT TO THE SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

This Amendment to the Settlement Agreement and Release of Claims (hereinafter "Amendment") is entered into between Aishia Howard ("Plaintiff") and the Philadelphia Housing Authority ("Defendant").

**WHEREAS**, the parties previously executed a Settlement Agreement and Release of Claims (hereinafter "Agreement") to resolve the civil action entitled *Aishia Howard v. Philadelphia Housing Authority*, Case No. 2:15-cv-04462-ER (hereinafter "the Action") pending in the United States District Court for the Eastern District of Pennsylvania (hereinafter "the Court"), asserting claims against Defendant related to the termination of Plaintiff's employment under the under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*

**WHEREAS**, on March 31, 2016, Plaintiff filed a "Motion for Approval of the FLSA Settlement" (Doc. 16) (hereinafter "Motion");

**WHEREAS**, on July 18, 2016, the Court issued a Memorandum and Order (Docs. 17-18) granting Plaintiff's motion in part and denying it in part without prejudice based on the Agreement's "overbroad release provisions";

**WHEREAS**, the parties have reviewed the Court's Memorandum and Order and wish to revise the "Definition of Claims" provision in paragraph 5(a) of the Agreement through this Amendment; and

**WHEREAS**, the parties agree that all other provisions of the Agreement shall remain in full force and effect.

**NOW, THEREFORE**, intending to be legally bound, the parties agree to that paragraph 5(a) of the Agreement shall be amended to state as follows:

### 5. Release of Claims.

(a) <u>Definition of Claims.</u> As used in paragraph 5(b), "Claims" includes actions, causes of action, claims, suits, complaints, demands, rights, damages, losses, accounts, judgments, wages, commissions, severance, executions, debts, obligations, rights of contribution and indemnification, attorneys' fees, costs, either in law or equity, arising under the Fair Labor Standards Act and Pennsylvania wage and hour laws concerning the termination of Plaintiff's employment with Defendant.

**IN WITNESS WHEREOF**, and with the intention of being legally bound hereby, the parties have executed this Amendment on the dates noted below.

_____  8/19/16
Aishia Howard's Signature and Date

_____  8/19/16
Philadelphia Housing Authority Signature and Date