IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AISHIA HOWARD, | : |
| Plaintiff, | : 2:15-cv-04462-ER |
| v. | : |
| PHILADELPHIA HOUSING AUTHORITY, | : |
| Defendant. | : |

**ORDER**

AND NOW, this 24th day of August, 2016, based upon the Court's consideration of Plaintiff's "Motion for Approval of the FLSA Settlement" (Doc. 16), her "Renewed Motion for Approval of the FLSA Settlement" (Doc. 23), and all papers and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The settlement is **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute under Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); and

2. This action is **DISMISSED WITH PREJUDICE AS SETTLED**, although this Court shall retain jurisdiction over this action for purposes of overseeing and/or resolving any disputes arising from the implementation or administration of the settlement terms for 180 days.

BY THE COURT:

_____
Hon. Eduardo C. Robreno

See pg 2 of Settlement Agreement, striking certain language from the definition of claims.